FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

Case: 18-2204    Document: 1-2    Page: 1    Filed: 07/31/2018

Form 1
Rev. 03/16

# United States District Court

## for the

Eastern **District of** Pennsylvania

Edward Thomas Kennedy, Plaintiff,

v.    Case No. 5:18-cv-00214-JLS

Equifax, Inc., et al, Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Edward Thomas Kennedy (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit for an Order Granting Defendant's Motion for an extention of time to respond (from the final judgment) ((from an order) (describe the order)) entered in this action on July 18, 2018

// Edward Thomas Kennedy

(Signature of appellant or attorney)

401 Tillage Rd.

Breinigsvoille, PA 18031

kennedy2018@alumni.nd.edu

(Address of appellant or attorney and e-mail address)

Reset Fields

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

FORM 30. Certificate of Service | Form 30 Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on **July 27 2018** by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

Name of Counsel: **Edward Thomas Kennedy** / **Plaintiff**

Signature of Counsel: [signed]

| | |
|---|---|
| Law Firm | Kins And Spaulding LLP |
| Address | 1180 Peachtree St. NE |
| City, State, Zip | Atlanta GA 30305 |
| Telephone Number | 404-572-4600 |
| Fax Number | Not provided |
| E-Mail Address | AEVANS@KSLAW.COM |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields

APPEAL,A/R,SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:18-cv-00214-JLS
# Internal Use Only

KENNEDY v. EQUIFAX, INC. et al  
Assigned to: HONORABLE JEFFREY L. SCHMEHL  
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 01/16/2018  
Jury Demand: Plaintiff  
Nature of Suit: 110 Contract: Insurance  
Jurisdiction: Diversity

**Plaintiff**

**EDWARD THOMAS KENNEDY**     represented by     **EDWARD THOMAS KENNEDY**  
401 TILLAGE ROAD  
BREINIGSVILLE, PA 18031  
415-275-1244  
Email: kennedy12@pm.me  
*PRO SE*

V.

**Defendant**

**EQUIFAX, INC.**     represented by     **AUSTIN EVANS**  
King & Spalding LLP  
1180 Peachtree St. NE  
Atlanta, GA 30309  
404-572-4600  
Fax: 404-572-5100  
Email: aevans@kslaw.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**RICHARD F. SMITH**     represented by     **AUSTIN EVANS**  
*IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES*     (See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA**
*A STOCK INSURANCE COMPANY*

<u>Defendant</u>

**BARBARA LOPEZ**
*IN HER OFFICIAL AND INDIVIDUAL CAPACITIES*

<u>Defendant</u>

**STEVEN CRAIG LEMASTERS**
*IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2018 | 1 | APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS FILED BY EDWARD T. KENNEDY. AFFIDAVIT IN SUPPORT OF THE APPLICATION. (Attachments: # 1 Civil Cover Sheet, # 2 Complaint, mas, ) Modified on 1/23/2018 (mas, ). (Entered: 01/18/2018) |
| 01/16/2018 | 🔒 | (Court only) ***Set Flag Special Case Managment Track (mas, ) (Entered: 01/18/2018) |
| 01/16/2018 | 🔒 | (Court only) ***Set Flag Allentown/Reading (mas, ) (Entered: 01/18/2018) |
| 02/28/2018 | 2 | MEMORANDUM. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 2/28/18. 3/1/18 ENTERED AND COPIES MAILED TO PRO SE.(mas, ) (Main Document 2 replaced on 3/1/2018) (mas, ). (Entered: 03/01/2018) |
| 02/28/2018 | 3 | ORDER THAT LEAVE TO PROCEED IN FORMA PAUPERIS IS GRANTED. THE COMPLAINT IS DISMISSED WITHOUT PREJUDICE, PURSUANT TO RULE 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND 28 U.S.C. § 1915(E)(2)(B)(II), IN ACCORDANCE WITH THE COURTS MEMORANDUM. |

| | | |
|---|---|---|
| | | MR. KENNEDY IS GIVEN LEAVE TO FILE AN AMENDED COMPLAINT WITHIN THIRTY (30) DAYS OF THE DATE OF THIS ORDER IN THE EVENT THAT HE CAN STATE A PLAUSIBLE CLAIM THAT CURES THE DEFECTS NOTED IN THE COURTS MEMORANDUM. IF MR. KENNEDY FILES AN AMENDED COMPLAINT, HE SHOULD IDENTIFY ALL OF THE DEFENDANTS IN THE CAPTION IN ADDITION TO THE BODY, AND SHALL DESCRIBE IN DETAIL THE FACTUAL BASIS FOR HIS CLAIMS AGAINST EACH DEFENDANT. UPON THE FILING OF AN AMENDED COMPLAINT, THE CLERK OF COURT SHALL NOT MAKE SERVICE UNTIL SO ORDERED BY THE COURT. THE CLERK OF COURT SHALL FURNISH MR. KENNEDY WITH A BLANK COPY OF THIS COURTS CURRENT STANDARD FORM TO BE USED BY A PRO SE LITIGANT FILING A CIVIL ACTION BEARING THE ABOVE-CAPTIONED CIVIL ACTION NUMBER. IF MR. KENNEDY FAILS TO FILE AN AMENDED COMPLAINT, HIS CASE MAY BE DISMISSED FOR FAILURE TO PROSECUTE WITHOUT FURTHER NOTICE. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 2/28/18. 3/1/18 ENTERED AND COPIES MAILED TO PRO SE WITH CIVIL ACTION FORMS. (mas, ) Modified on 3/1/2018 (mas, ). (Entered: 03/01/2018) |
| 02/28/2018 | 4 | COMPLAINT against AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, EQUIFAX, INC., BARBARA LOPEZ, RICHARD F. SMITH, filed by EDWARD T. KENNEDY. (IFP GRANTED).(mas, ) Modified on 3/1/2018 (mas, ). (Entered: 03/01/2018) |
| 02/28/2018 | 🔒 | (Court only) ***Civil Case Terminated. (mk, ) (Entered: 03/08/2018) |
| 04/12/2018 | 5 | ORDER DISMISSING CASE THAT THIS ACTION IS DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE. THIS CASE SHALL REMAIN CLOSED. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 4/12/18. 4/13/18 ENTERED AND COPIES MAILED TO PRO SE.(mas, ) *VACATED PER ORDER # 9 FILED 4/30/18* Modified on 5/2/2018 (lisad, ). (Entered: 04/13/2018) |
| 04/12/2018 | 🔒 | (Court only) ***Deadlines terminated., ***Documents |

| | | |
|---|---|---|
| | | terminated: 4 Complaint filed by EDWARD T. KENNEDY., ***Motions terminated: 4 Complaint filed by EDWARD T. KENNEDY. (afm, ) (Entered: 04/17/2018) |
| 04/20/2018 | 6 | NOTICE AND REQUEST TO THE COURT filed by EDWARD T. KENNEDY. Certificate of Service. (mas, ) (Entered: 04/23/2018) |
| 04/25/2018 | 7 | TAKE JUDICIAL NOTICE AND REQUESTS filed by EDWARD T. KENNEDY. Certificate of Service. (mas, ) (Entered: 04/26/2018) |
| 04/30/2018 | 8 | ORDER THAT THE REQUEST OF THE PRO SE PLAINTIFF FOR ACCESS TO THIS COURTS ECF SYSTEM IS GRANTED. THE CLERK SHALL ASSIGN PLAINTIFF AN ECF LOGIN AND PASSWORD UPON THE DOCKETING OF THIS ORDER. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 4/30/18. 5/1/18 ENTERED AND COPIES MAILED TO PRO SE AND UNREPS ALONG WITH ECF REGISTRATION FORM. (mas, ) Modified on 5/18/2018 (mas, ). (Entered: 05/01/2018) |
| 04/30/2018 | 9 | ORDER THAT THE CLERK OF COURT IS DIRECTED TO REOPEN THIS CASE. THE COURTS APRIL 12, 2018 ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE IS VACATED. KENNEDYS REQUEST FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT IS GRANTED TO THE EXTENT THAT HE IS DIRECTED TO FILE HIS AMENDED COMPLAINT WITHIN FORTY-FIVE (45) DAYS OF THE DATE OF THIS ORDER. KENNEDY IS REMINDED THAT ANY AMENDED COMPLAINT SHOULD IDENTIFY ALL OF THE DEFENDANTS IN THE CAPTION IN ADDITION TO THE BODY, AND SHALL DESCRIBE IN DETAIL THE FACTUAL BASIS FOR HIS CLAIMS AGAINST EACH DEFENDANT. UPON THE FILING OF AN AMENDED COMPLAINT, THE CLERK OF COURT SHALL NOT MAKE SERVICE UNTIL SO ORDERED. THE CLERK OF COURT IS DIRECTED TO FURNISH KENNEDY WITH A BLANK COPY OF THIS COURTS CURRENT STANDARD FORM TO BE USED BY A PRO SE LITIGANT FILING A CIVIL ACTION BEARING THE ABOVE-CAPTIONED CIVIL ACTION NUMBER. IF |

| | | |
|---|---|---|
| | | KENNEDY FAILS TO FILE AN AMENDED COMPLAINT, HIS CASE MAY BE DISMISSED FOR FAILURE TO PROSECUTE WITHOUT FURTHER NOTICE. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 4/30/18. 5/1/18 ENTERED AND COPIES MAILED TO PRO SE AND TO UNREPS WITH CURRENT STANDARD COMPLAINT FORM . (mas, ) Modified on 5/18/2018 (mas, ). (Entered: 05/01/2018) |
| 04/30/2018 | 🔒 | (Court only) ***Case Reopened (mk, ) (Entered: 05/01/2018) |
| 05/14/2018 | 10 | PLAINTIFF'S FIRST AMENDED COMPLAINT against AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, EQUIFAX, INC., BARBARA LOPEZ, RICHARD F. SMITH, STEVEN CRAIG LEMASTERS filed by EDWARD T. KENNEDY. CERTIFICATE OF SERVICE. (mas, ) (Entered: 05/15/2018) |
| 05/17/2018 | 11 | ORDER THAT THE CLERK OF COURT IS DIRECTED TO ISSUE SUMMONSES. THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA SHALL SERVE THE SUMMONSES AND THE AMENDED COMPLAINT UPON THE DEFENDANTS AT NO COST TO KENNEDY. KENNEDY WILL BE REQUIRED TO COMPLETE USM-285 FORMS SO THAT THE MARSHALS CAN SERVE THE DEFENDANTS. FAILURE TO COMPLETE THOSE FORMS MAY RESULT IN DISMISSAL OF THIS CASE FOR FAILURE TO PROSECUTE. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 5/17/18. 5/18/18 ENTERED AND COPIES MAILED TO UNREPS AND PRO SE, E-MAILED. (mas, ) (Entered: 05/18/2018) |
| 05/17/2018 | | Summons Issued as to AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, EQUIFAX, INC., STEVEN CRAIG LEMASTERS, BARBARA LOPEZ, RICHARD F. SMITH. 5 Forwarded To: U.S. Marshal Service on 5/17/18 (mas, ) (Entered: 05/18/2018) |
| 07/02/2018 | 12 | MOTION to Compel filed by EDWARD THOMAS KENNEDY.Memo and Service of Process and 2 Exhibits. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(KENNEDY, EDWARD) (Entered: 07/02/2018) |

| | | |
|---|---|---|
| 07/03/2018 | 13 | NOTICE by EDWARD THOMAS KENNEDY *Take Judicial Connizance* (Attachments: # 1 Exhibit Exhibit 1 Law of the Case)(KENNEDY, EDWARD) (Entered: 07/03/2018) |
| 07/17/2018 | 14 | MOTION for Extension of Time to File Response/Reply as to 10 Amended Complaint filed by EQUIFAX, INC., RICHARD F. SMITH.Proposed Order. (Attachments: # 1 Text of Proposed Order)(EVANS, AUSTIN) (Entered: 07/17/2018) |
| 07/17/2018 | 15 | Disclosure with Certificate of Service by EQUIFAX, INC., RICHARD F. SMITH.(EVANS, AUSTIN) (Entered: 07/17/2018) |
| 07/17/2018 | | Disclosure Statement Form pursuant to FRCP 7.1 by EQUIFAX, INC. *FOR PDF SEE DOC. 15 * (lisad, ) (Entered: 07/18/2018) |
| 07/18/2018 | 16 | ORDER THAT DEFENDANTS EQUIFAX, INC. AND RICHARD F. SMITH'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT IS GRANTED, AND DEFENDANTS SHALL HAVE AN ADDITIONAL THIRTY DAYS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT. SIGNED BY HONORABLE JEFFREY L. SCHMEHL ON 7/18/18. 7/18/18 ENTERED AND COPIES E-MAILED AND MAILED TO UNREPS. (ky, ) (Entered: 07/18/2018) |
| 07/19/2018 | 17 | SUMMONS Returned Executed by EDWARD THOMAS KENNEDY re: US Marshals served Summons and Complaint upon EQUIFAX, INC., RICHARD F. SMITH by Personal Service. EQUIFAX, INC. served on 6/27/2018, answer due 7/18/2018; RICHARD F. SMITH served on 6/27/2018, answer due 7/18/2018. (ti, ) (Entered: 07/19/2018) |
| 07/19/2018 | 🔒 | (Court only) ***Deadlines terminated. (ti, ) (Entered: 07/19/2018) |
| 07/20/2018 | 18 | NOTICE by EDWARD THOMAS KENNEDY *OBJECTION TO ORDER Hearing Requested* (KENNEDY, EDWARD) (Entered: 07/20/2018) |
| 07/27/2018 | 19 | *Notice of Appeal to the Federal Circuit* by EDWARD THOMAS KENNEDY re 16 Order on Motion for Extension of Time to File Response/Reply, (Attachments: # 1 Certificate of |

| | | |
|---|---|---|
| | | Service certificae of service)(KENNEDY, EDWARD) Modified on 7/30/2018 (fb). (Entered: 07/27/2018) |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 5:18-cv-00214-JLS |
| ) | |
| EQUIFAX, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' EQUIFAX INC.
AND RICHARD F. SMITH'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

AND NOW, this __18th__ day of __July__, 2018, upon consideration of Defendants, Equifax, Inc. and Richard F. Smith's Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint, and any response thereto, it is hereby ORDERED that said motion is GRANTED. Defendants Equifax, Inc. and Richard F. Smith have an additional thirty (30) days to file a responsive pleading to Plaintiff's First Amended Complaint.

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl
Judge, United States District Court