# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Edward T. Kennedy    v.    Equifax Inc., et al.

No. 18-2204

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

- [ ] Pro Se
- [x] As counsel for: Equifax Inc.
  Name of party

I am, or the party I represent is (select one):

- [ ] Petitioner
- [ ] Respondent
- [ ] Amicus curiae
- [ ] Cross Appellant
- [ ] Appellant
- [x] Appellee
- [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

- [ ] Petitioner or appellant
- [ ] Respondent or appellee

| | |
|---|---|
| Name: | Jesse Snyder |
| Law Firm: | King & Spalding LLP |
| Address: | 1700 Pennsylvania Avenue NW |
| City, State and Zip: | Washington, DC 20006 |
| Telephone: | (202) 383-8925 |
| Fax #: | (202) 626-3737 |
| E-mail address: | jsnyder@kslaw.com |

Statement to be completed by counsel only (select one):

- [x] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- [ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- [ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/10/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):  [ ] Yes  [x] No

- [ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 8/16/2018    Signature of pro se or counsel  /s/ Jesse Snyder

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  8/16/2018  by:

☒ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| | |
|---|---|
| Jesse Snyder | /s/ Jesse Snyder |
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | King & Spalding LLP |
| Address | 1700 Pennsylvania Avenue NW |
| City, State, Zip | Washington, DC 20006 |
| Telephone Number | (202) 383-8925 |
| Fax Number | (202) 626-3737 |
| E-Mail Address | jsnyder@kslaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields