# No. 18-2204

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

EDWARD T. KENNEDY,

*Plaintiff-Appellant*,

v.

EQUIFAX, INC.; RICHARD F. SMITH; AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA; BARBARA LOPEZ; and STEVEN CRAIG LEMASTERS,

*Defendants-Appellees*.

Appeal from the U.S. District Court for
the Eastern District of Pennsylvania,
No. 5:18-cv-00214-JLS

## APPELLEE EQUIFAX INC.'S MOTION TO DISMISS
## FOR LACK OF APPELLATE JURISDICTION

Jesse Snyder
  *Counsel of Record*
KING & SPALDING LLP
1700 Pennsylvania Ave. NW
Washington, D.C. 20006
(202) 737-0500
jsnyder@kslaw.com

*Counsel for Appellee Equifax Inc.*

August 16, 2018

# CERTIFICATE OF INTEREST

Counsel for Equifax Inc. certifies the following:

1. The full name of the party represented by me is Equifax Inc.

2. The name of the real party in interest is Equifax Inc.

3. Equifax Inc. is a publicly traded company on the NYSE ("EFX"). It has no parent corporation or other corporation owning more than 10% of its stock.

4. The names of all law firms and the partners and associates that have appeared for the party in the trial court or are expected to appear for the party in this Court and who are not already listed on the docket for this case are:

   KING & SPALDING LLP: Austin Evans

5. I am not aware of a case pending in this Court or another court or agency that will directly affect or be directly affected by this Court's decision in the pending appeal.


This 16th day of August, 2018.    /s/ *Jesse Snyder*
                                  Jesse Snyder

## GROUNDS FOR THE MOTION AND RELIEF SOUGHT

In accordance with Fed. Cir. R. 27(f), Equifax Inc. respectfully requests that the Court dismiss the appeal for lack of jurisdiction. After attempting to meet and confer with Mr. Kennedy about this motion, he could not be reached by telephone for conference. This motion therefore is currently opposed.

## ARGUMENT IN FAVOR OF MOTION TO DISMISS

Mr. Kennedy appeals from a July 18, 2018, order granting Equifax's motion for extension of time to respond to an amended complaint. This appeal should be dismissed, however, because no appellate jurisdiction exists. The Federal Circuit has limited subject-matter jurisdiction, which does not include Mr. Kennedy's claims filed in the Eastern District of Pennsylvania. *See* 28 U.S.C. § 1295. Assuming Mr. Kennedy possessed the right to appeal this order, he should have done so in the Third Circuit as "the court of appeals for the circuit embracing the district." *See* 28 U.S.C. § 1294(1). But even so, the grant of a motion for extension of time is not an appealable order subject to interlocutory review. *See* 28 U.S.C. § 1292. This Court therefore lacks jurisdiction on multiple grounds and should dismiss the appeal.

Dated: August 16, 2018    Respectfully submitted,

   /s/ *Jesse Snyder*
Jesse Snyder
  *Counsel of Record*
KING & SPALDING LLP
1700 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
jsnyder@kslaw.com

*Counsel for Appellee Equifax Inc.*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 170 words.

This motion complies with the type-face requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6). This motion has been prepared in a proportionally spaced typeface using Microsoft Office Word Version 2013 in 14-point Century Schoolbook font.

August 16, 2018            /s/ *Jesse Snyder*
                           Jesse Snyder

# CERTIFICATE OF SERVICE

I certify that on August 16, 2018, I caused the foregoing to be filed with the Court electronically using the CM/ECF system. In accordance with Federal Circuit Rule 25, a paper copy will be mailed to Mr. Edward Thomas Kennedy at 401 Tillage Rd., Breinigsville, PA 18031. The courier is UPS, which has confirmed that delivery should occur on August 17, 2018.

|  |  |
|---|---|
| August 16, 2018 | /s/ *Jesse Snyder* <br> Jesse Snyder |