No. 18-2204

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

EDWARD T. KENNEDY,

*Plaintiff-Appellant,*

v.

EQUIFAX, INC.; RICHARD F. SMITH; AMERICAN BANKERS
INSURANCE COMPANY OF FLORIDA; BARBARA LOPEZ; and
STEVEN CRAIG LEMASTERS,

*Defendants-Appellees.*

Appeal from the U.S. District Court for
the Eastern District of Pennsylvania,
No. 5:18-cv-00214-JLS

APPELLANT KENNEDY'S REPLY EQUIFAX INC.'S MOTION
TO DISMISS FOR LACK OF APPELLATE JURISDICTION

RECEIVED
AUG 23 2018
United States Court of Appeals
For The Federal Circuit

Edward T. Kennedy
401 Tillage Rd.
Breinigsville, PA 18031
415-275-1244.
pillar.of.peace.2012@gmail.com

Appellant

August 20, 2018

Dated : August 20, 2018

Respectfully submitted,

*[signature]*

Edward T. Kennedy
Appellant-Plaintiff.
401 Tillage Road
Breinigsville, PA 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-275-1244.

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 198 words.

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6). This motion has been prepared in a proportionally spaced typeface using Google Docs on a Chromebook in 14-point Century Schoolbook font.

August 20, 2018

_____
Edward T. Kennedy

## GROUNDS TO DENY MOTION AND RELIEF SOUGHT

Edward T. Kennedy is one of the people of Pennsylvania, and in this court of record wishes the assigned US District Court Pennsylvania Eastern to comply with the law for he exceeded his authority and jurisdiction by granting Equifax, Inc., an extension of 60 days. Equifax, Inc. hired $1000 an hour attorneys and they are able to comply with the 21 day rule. Kennedy respectfully requests that this Court of record grant his appeal.

## ARGUMENT IN FAVOR OF APPEAL

Appellant Edward T. Kennedy is one of the people of Pennsylvania, and in this court of record can appeal by law his case. Kennedy requests the government and counsel for Equifax, Inc. comply with the law and rules of the governments courts. Take Judicial Cognizance. Modern Attorney Snyder and attorneys at his law firm took oaths not to lie, not to misconstrue, not to mislead, misrepresent and/or put false information into this court, a court of record or any court.

RECEIVED
AUG 23 2018
United States Court of Appeals
For The Federal Circuit

# CERTIFICATE OF SERVICE

I request but do not have CM/ ECF access, and certify I sent a copy of the forgoing to this court by US mail:

**APPELLANT KENNEDY'S REPLY EQUIFAX INC.'S MOTION TO DISMISS FOR LACK OF APPELLATE JURISDICTION**

**GROUNDS TO DENY MOTION AND RELIEF SOUGHT**

and **CERTIFICATE OF COMPLIANCE**

I certify that I served a copy on counsel of record on 8/20/2018 by both email and fax to the following:

> Jesse Davis Snyder, Counsel of Record
>
> KING & SPALDING LLP
>
> 1700 Pennsylvania Ave., NW
>
> Washington, D.C. 20006
>
> Fax: 202-626-3737.
>
> E-mail address: snyder@kslaw.com

_____
Edward T. Kennedy

